UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Timothy Anders,<br><br>             Plaintiff,<br><br>    v.<br><br>Select Portfolio Servicing, Inc.; and The Bank of New York Mellon fka The Bank of New York as Trustee on Behalf of the Registered Holders of Alternative Loan Trust 2005-66, Mortgage Pass-Through Certificates, Series 2005-66,<br><br>             Defendants. | Case No. 2:25-cv-01131-JCM-DJA<br><br>**Order** |

Before the Court is Defendants' discovery plan. (ECF No. 11). Defendants explain that Plaintiff has not responded to Defendants' attempts to submit a joint plan. However, Nevada Local Rule[1] 26-1(a) requires that discovery plans be stipulated. Plaintiff must work with Defendants to stipulate to a discovery plan.

**IT IS THEREFORE ORDERED** that Defendants' discovery plan (ECF No. 11) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff must meet and confer with Defendants to stipulate to a discovery plan, which discovery plan must be filed on or before **October 16, 2025.**

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 16, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE